1  Russell Brown
   CHAPTER 13 TRUSTEE
2  Suite 800
   3838 North Central Avenue
3  Phoenix, Arizona 85012-1965
   602.277.8996
4  Fax 602.253.8346

5          IN THE UNITED STATES BANKRUPTCY COURT

6              FOR THE DISTRICT OF ARIZONA

7  In re                                    In Proceedings Under Chapter 13

8  JUVENTINO BECERRA                        Case No. 0:10-bk-08090-JMM

9  AND                                      **TRUSTEE'S MOTION TO ALLOW
                                            PAYMENT OF UNCLAIMED FUNDS OF
10 MARTHA BECERRA                           DEBTORS TO COURT**

11

12                            Debtors.

13         Russell Brown, Chapter 13 Trustee, pursuant to 11 U.S.C. §§ 347(a) and 1326(a)(2), and

14 Rule 3011, F.R.B.P., moves the Court to allow him to pay unclaimed funds of the Debtors to the

15 Court. The Trustee issued a refund check, but the check has not been presented for payment by the

16 Debtors or the post office returned the check as undeliverable. More than ninety days has passed

17 from the date of issuance and the Trustee has put a stop payment on the check or voided it.

18         Following is the Debtors' information used for the refund check:

19
   Address With Court:            Address With Trustee:              Amount:
20 Juventino Becerra              Juventino Becerra                  $247.07
   Martha Becerra                 Martha Becerra
21 1805 S. Dora Avenue            1805 South Dora Avenue
   Yuma, AZ 85364                 Yuma, AZ 85364
22

23         Also, the Trustee has done the following in an unsuccessful attempt to locate the Debtors:

24 The Trustee received no change of address for the Debtors or other new contact information.

25         According to the Court docket, the Debtors have filed no address change or, if so, the
           Trustee unsuccessfully attempted service to the new address.
26
           The Trustee office called the Debtors' telephone number in his records and used any other
27         contact information, but was unsuccessful at contacting the Debtors. Also, the Trustee
           contacted any attorney for the Debtors but was unsuccessful at contacting the Debtors with
28         any information provided.

1

Searching the database of the Arizona Department of Motor Vehicles showed no new address or the Trustee unsuccessfully used the address.

2

3

A Google search showed no new contact information.

4

No new contact information was found at www.whitepages.com.

5

A search on WestLaw showed no new information or the Trustee was unsuccessful when using such information.

6

7

Therefore, the Trustee moves the Court for an Order allowing him to pay the Debtors' unclaimed funds to the Court.

8

9

10

_____
Russell A. Brown
Chapter 13 Trustee

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2